USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

BAROCO CONTRACTING CORPORATION,

Respondent.

26 CV 08079 (VM)

**ORDER AND JUDGMENT**

Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the August 20, 2026 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;
2. Awarding Petitioners $289,182.89, plus interest from August 20, 2026, at an annual rate of 8.75% totaling $5,338.00 pursuant to the Award;
3. Awarding Petitioners $551.50 in costs arising out of this proceeding;
4. Awarding Petitioners $2,075.30 in attorneys' fees arising out of this proceeding; and
5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
November 4, 2026

Victor Marrero
U.S.D.J.